IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE BRAGGS,

    Petitioner,

  v.

JAMES A. WALKER, Warden,

    Respondent.
                                      /

No. C 09-03450 SBA (PR)

**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, Respondent has filed a motion to dismiss. Petitioner has not filed an opposition to the motion to dismiss.

    Accordingly, the Court on its own motion GRANTS Petitioner an extension of time in which to file his opposition to Respondent's motion to dismiss. The time in which Petitioner may file his opposition to Respondent's motion to dismiss will be extended up to and including **thirty (30) days** from the date of this Order. Respondent shall file a reply brief no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    IT IS SO ORDERED.

DATED: 8/5/10

                                        SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE

United States District Court<br>For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4

5  GEORGE BRAGGS,

                                                      Case Number: CV09-03450 SBA

6         Plaintiff,

                                                      **CERTIFICATE OF SERVICE**

7    v.

8  JAMES A. WALKER et al,

9         Defendant.
   _____/

10

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

12

13  That on August 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located

14  in the Clerk's office.

15

16

17  George Noah Braggs F49725
    California State Prison - Sacramento
18  P.O. Box 290066
    Represa, CA 95671-0066

19

20  Dated: August 5, 2010
                                                      Richard W. Wieking, Clerk
                                                      By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.09\Braggs3450.EOT.wpd           2