United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRAGGS, | No. C 09-03450 SBA (PR) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A. WALKER, Warden, | |
|     Respondent. | |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d)

IT IS SO ORDERED.

DATED:  3/22/11

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Braggs3450.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GEORGE BRAGGS,

        Plaintiff,

v.

JAMES A. WALKER et al,

        Defendant.

Case Number: CV09-03450 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Noah Braggs F49725
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Dated: March 23, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Braggs3450.jud.wpd    2