IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE BRAGGS,

    Petitioner,

 v.

JAMES A. WALKER, Warden,

    Respondent.

No. C 09-03450 SBA (PR)

**ORDER TERMINATING PENDING MOTION AS MOOT**

This is a habeas action that has been closed as of March 22, 2011.

Before the Court is Petitioner's "Motion to File For an Extension of Time Nunc Pro Tunc by 'Next Friend.'" Because this case is closed, his motion is TERMINATED as moot. Petitioner has appealed the judgment in this matter to the Ninth Circuit Court of Appeals, and he is currently pursuing his appeal under Case No. 11-16293. Therefore, the proper venue to file any motions relating to his appeal would be in the Ninth Circuit under Case No. 11-16293.

This Order terminates Docket no. 31.

IT IS SO ORDERED.

DATED: 2/15/12

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.09\Braggs3450.termMOT.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

GEORGE BRAGGS,

        Plaintiff,

v.

JAMES A. WALKER et al,

        Defendant.

Case Number: CV09-03450 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Noah Braggs F49725
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Dated: February 15, 2012

                                        Richard W. Wieking, Clerk
                                        By: Lorene DeBose, Deputy Clerk

United States District Court
For the Northern District of California